UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JEFF BARGE,

                Plaintiff,

   -against-

AMY SEDARIS, a New York resident;
PHIL LEIRNESS, a California resident;
and JOHN DOES 1-30,

                Defendants.
-----------------------------------------------------------X

ORDER OF DISMISSAL

08 Civ. 5628 (NRB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

On June 23, 2008, the Court received the attached correspondence from plaintiff advising that he wishes to withdraw his complaint. Accordingly, this action is dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

SO ORDERED

NAOMI REICE BUCHWALD
United States District Judge

Dated: June 24, 2008
New York, New York